UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br><br>BANK OF AMERICA CHECK NO. 189003133,<br>IN THE AMOUNT OF $16,893.86,<br>　　　　Defendant. | )<br>)<br>)　Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by its attorney, Nathaniel R. Mendell, Acting United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(E) alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is appropriate pursuant to 28 U.S.C. § 1395.

2. The defendant property consists of the following:

   a. One Bank of America bank check (check #189003133) dated July 8, 2021 for the amount of $16,893.86 and made payable to the names J.D. or L.K.[1] (the "Defendant BOA Check").

3. As detailed in the Affidavit of Derek MacDonald, Special Agent with the United States Secret Service, attached hereto as Exhibit A and incorporated herein by reference, the United States has probable cause to believe that the Defendant BOA Check is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C),) as "[a]ny property, real or personal, which constitutes or is derived from proceeds traceable to a violation of … any offense constituting 'specified unlawful activity'" specifically, 18 U.S.C. § 1343 (Wire Fraud). *See* 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B).

4. Further, the United States has probable cause to believe that the Defendant BOA Check

---

[1] To protect the identity of individuals, only the initials of first and last names have been used.

is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(E), as any property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from a violation of section 1343, committed for the purpose of executing or attempting to execute any scheme or artifice to defraud, or for obtaining money or property by means of fraudulent statements, pretenses, representations or promises, and the gross receipts of such an offense shall include all property, real or personal, tangible or intangible, which thereby is obtained, directly or indirectly.

WHEREFORE, the United States of America requests:

1. That a Warrant and Monition, in the form submitted herewith, be issued to the United States Secret Service, commanding it to arrest, attach, inspect, and retain the Defendant BOA Check in its custody until further order of this Court;

2. That the Warrant and Monition command the United States to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

3. That judgment of forfeiture be decreed against the Defendant BOA Check;

4. That thereafter, the Defendant BOA Check be disposed of according to law; and

5. For costs and all other relief to which the United States may be entitled.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

Date:   November 8, 2021                    By:   /s/ Brendan Mockler
                                                  BRENDAN MOCKLER
                                                  Assistant United States Attorney
                                                  United States Attorney's Office
                                                  1 Courthouse Way, Suite 9200
                                                  Boston, MA 02210
                                                  (617) 748-3372
                                                  Brendan.Mockler@usdoj.gov

## Verification

    I, Derek MacDonald, Special Agent for the United States Secret Service state that I have read the foregoing Verified Complaint for Forfeiture *in Rem*, and the Affidavit, attached as Exhibit A, and that the contents thereof are true to the best of my knowledge, information, and belief.

Dated: November 8th, 2021

Derek MacDonald, Special Agent
United States Secret Service

    On this 8th day of November, 2021, before me, Derek MacDonald, Special Agent with the United States Secret Service, proved to me through USSS credentials, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Sophia M Lithotomos
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
3/7/2025

Notary Public

My commission expires: 3/7/2025